# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-42019 PJS  
**Case Name:** KRENZEL, RONALD R  
              KRENZEL, SUZANNE M  
**Period Ending:** 09/30/17

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 02/14/17 (f)  
**§341(a) Meeting Date:** 03/22/17  
**Claims Bar Date:** 10/04/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Furniture<br>    Originally scheduled as :Furniture at a value of $2,500.00; amended to Furniture - specific detailed (Two (2) 20 year old bedroom sets) Living Room Couch, Table & chairs, three (3) leather chairs with broken springs; 15 year old Projection TV, 5 bar stools; 2 lamps, 2 end tables, Stereo System, Deck and Chair, Sewing Machine, Washer & Dryer, Stove, Refrigerator, Computer Desk, Chair, (2) Two Lamps, Pool Talbe, tread mill, exercise bike, Lawn Mower, Tractor Lawn Mower, Hand Tools, Power Washer, Generator azt a value of $4855.00 | 4,855.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. Household Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Wedding rings and misc. costume jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Primary Share Savings: Genisys Credit Union | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account: Genisys Credit Union<br>    Originally scheduled at a value of $2,500.00; amended to value of $1,711.55 per amendment filed 6/29/17 | 1,711.55 | 0.00 | | 0.00 | FA |
| 8 | Primary savings: Allaince Catholic Credit Union | 7.00 | 0.00 | | 0.00 | FA |
| 9 | Money Market Savings: Alliane Catholic Credit Un | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2016 Anticipated Tax Refunds: Federal & State<br>    Removed from Schedules per amendment filed 6/29/17 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Real property held in trust<br>    Krenzel Revocable Trust dated June 30, 1993 Only aset is the real property locate at 1347 Castlewood St., White Lake, MI 48386-3721 Value $305,000.00 with liens totaling $286,611.00. The real property was Quit Claimed to the trust on November 26, 2001, | 370,000.00 | 400,000.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-42019 PJS  
**Case Name:** KRENZEL, RONALD R  
              KRENZEL, SUZANNE M  
**Period Ending:** 09/30/17

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 02/14/17 (f)  
**§341(a) Meeting Date:** 03/22/17  
**Claims Bar Date:** 10/04/17

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| Amended to value of $370,000.00 per amendment filed 6/29/17 | | | | | |
| Debtor amended Schedules to list real property separately on 8/8/17. See Asset No. 13 | | | | | |
| 12 Property Taxes (u) | 0.00 | 2,360.78 | | 2,360.78 | FA |
| 13 1347 Castlewood St., White Lake, MI | 400,000.00 | 400,000.00 | | 467,100.00 | FA |
| **13 Assets Totals** (Excluding unknown values) | **$779,523.55** | **$802,360.78** | | **$469,460.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

    9/30/17 All assets administered; reviewing claims and preparing Final Report  
    9/19/17 Report of Sale  
    8/24/17 Order Authorizing Sale  
    3/31/17 Investigating value of real property held in trust and Estate's interest in same

**Initial Projected Date Of Final Report (TFR):** June 30, 2019       **Current Projected Date Of Final Report (TFR):** June 30, 2019

October 27, 2017  
      Date

/s/ Kenneth A. Nathan  
      Kenneth A. Nathan

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-42019 PJS  
**Case Name:** KRENZEL, RONALD R  
KRENZEL, SUZANNE M  
**Taxpayer ID #:** **-***4957  
**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/25/17 | {13} | Ryan Lehr | Deposit on purchase of real property p/o 8/24/17 | | 1110-000 | 15,000.00 | | 15,000.00 |
| 09/25/17 | | Best Homes Title Agency, LLC | Proceeds from sale of real property p/o 8/24/17 | | | 148,683.03 | | 163,683.03 |
| | {13} | Ryan Lehr | Contract sales price | 452,100.00 | 1110-000 | m | | 163,683.03 |
| | | | Excess deposit | -15,000.00 | 1110-000 | v | | 163,683.03 |
| | | Bank of America | Payoff First Mortgage | -233,161.75 | 4110-000 | m | | 163,683.03 |
| | | Bank of America | Payoff second mortgage | -47,003.19 | 4110-000 | m | | 163,683.03 |
| | {12} | White Lake Treasurer | City/Town Taxes 9/22/17 to 6/30/18 | 1,993.26 | 1290-000 | m | | 163,683.03 |
| | {12} | Oakland County | County Taxes 9/22/17 to 11/30/17 | 367.52 | 1290-000 | m | | 163,683.03 |
| | | White Lake Treasurer | Summer Taxes | -2,605.73 | 2820-000 | m | | 163,683.03 |
| | | Oakland County Treasurer | 2016 Delinquent taxes | -3,775.10 | 2820-000 | m | | 163,683.03 |
| | | White Lake Township Treasurer | Sewer Assesment Payoff | -4,231.98 | 2820-000 | m | | 163,683.03 |
| 09/28/17 | 101 | Home One Realty, LLC | Real Estate Broker's Commission p/o's 8/10/17 and 9/21/17 | | 3510-000 | | 27,126.00 | 136,557.03 |
| 09/28/17 | 102 | Ronald R. Krenzel | Exemption of real property | | 8100-002 | | d 56,650.00 | 79,907.03 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.54 | 79,883.49 |
| | | | ACCOUNT TOTALS | | | 163,683.03 | 83,799.54 | $79,883.49 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 163,683.03 | 83,799.54 | |
| | | | Less: Payments to Debtors | | | | 56,650.00 | |
| | | | **NET Receipts / Disbursements** | | | **$163,683.03** | **$27,149.54** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7266** | 163,683.03 | 27,149.54 | 79,883.49 |
| | **$163,683.03** | **$27,149.54** | **$79,883.49** |

October 27, 2017  
Date

/s/ Kenneth A. Nathan  
Kenneth A. Nathan